**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| AMOS LEE DRYER, | : |
| Plaintiff, | : |
| v. | : 1:05-CV-161 (WLS) |
| KEVIN ROBERTS, ET. AL., | : |
| Defendants. | : |

**O R D E R**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 46), filed April 23, 2007. It is recommended that Plaintiff's motion for access to a law library at a facility not named as a Defendant in the present suit be denied. (Doc. No. 35). Plaintiff has not filed a timely, or any, objection to the Report and Recommendation.

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Defendant's motion for injunctive relief (Doc. No. 35) is **DENIED**.

SO ORDERED, this __7th__ day of August, 2007.

                                                      /s/W. Louis Sands
                                                    **W. Louis Sands, Judge
United States District Court**